UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN/BECERRA

18 U.S.C. § 1958
18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1503
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)(C)

FILED BY ___MP___ D.C.

Dec 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

AVIN SEETARAM,
a/k/a "Smalls,"
SOMJEET CHRISTOPHER SINGH,
a/k/a "Lil Chris," and
GAVIN HUNTER,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Murder for Hire Conspiracy
### 18 U.S.C. § 1958

From on or about July 4, 2023, the exact date being unknown to the Grand Jury, continuing through on or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the Defendants,

AVIN SEETARAM, a/k/a "Smalls,"
SOMJEET CHRISOPHER SINGH, a/k/a "Lil Chris," and
GAVIN HUNTER,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to use, and cause another to use, any facility

of interstate and foreign commerce, with intent that the murder of S.S. be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, with the death of S.S. resulting, in violation of Title 18, United States Code, Section 1958(a).

## COUNT 2
## Murder for Hire
## 18 U.S.C. § 1958

On or about November 2, 2023, the exact date being unknown to the Grand Jury, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the Defendants,

**AVIN SEETARAM, a/k/a "Smalls,"
SOMJEET CHRISOPHER SINGH, a/k/a "Lil Chris," and
GAVIN HUNTER,**

did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of S.S. be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, with the death of S.S. resulting, in violation of Title 18, United States Code, Sections 1958(a) and 2.

## COUNT 3
## Kidnapping Conspiracy
## 18 U.S.C. § 1201(c)

From on or about November 2, 2023, the exact date being unknown to the Grand Jury, continuing through on or about November 21, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the Defendants,

**AVIN SEETARAM, a/k/a "Smalls,"
SOMJEET CHRISOPHER SINGH, a/k/a "Lil Chris," and
GAVIN HUNTER,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away S.S. and hold him, for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of this offense, in violation of Title 18, United States Code, Sections 1201(a)(1).

## OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to extinguish a monetary debt owed to S.S. by murdering S.S. and then concealing his body by seizing, confining, inveigling, decoying, kidnapping, abducting, carrying it away.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about November 2, 2023, **AVIN SEETARAM, a/k/a "Smalls"** sent S.S. a text message of a photograph of a key inside a drawer located at 5441 Northwest 15th Street, Margate, Florida 33063 to lure S.S. to that address.

2. On or about November 2, 2022, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"** purchased food and delivered it to 5441 Northwest 15th Street, Margate, Florida 33063.

3. On or about November 2, 2023, **GAVIN HUNTER** possessed a firearm while waiting for S.S. to arrive at 5441 Northwest 15th Street, Margate, Florida 33063 to shoot him.

4. On or about November 2, 2023, **GAVIN HUNTER** had a physical altercation with S.S.

5. On or about November 2, 2023, **GAVIN HUNTER** discharged a firearm.

6. On or about November 2, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"** extinguished a debt owed by **AVIN SEETARAM, a/k/a "Smalls"** in the amount of $10,000.

7. On or about November 2, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"** gave **AVIN SEETARAM, a/k/a "Smalls"** $5,000 to pay **GAVIN HUNTER** for the murder of S.S.

8. On or about November 4, 2023, **AVIN SEETARAM, a/k/a "Smalls"** gave **GAVIN HUNTER** $5,000.

9. On or about November 18, 2023, **AVIN SEETARAM, a/k/a "Smalls"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

10. On or about November 19, 2023, **AVIN SEETARAM, a/k/a "Smalls"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

11. On or about November 18, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

12. On or about November 20, 2023, **GAVIN HUNTER** lied to FBI agents about his involvement in the kidnapping and murder of S.S.

## COUNT 4
## Kidnapping
## 18 U.S.C. § 1201(a)(1)

On or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM, a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH, a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold a person, that is, S.S., for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of this offense, with the death of S.S. resulting, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT 5
## Obstruction of Justice
## 18 U.S.C. § 1503(a)

Beginning in or around November 2, 2023, and continuing through November 21, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM, a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH, a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede, the due and proper administration of justice, specifically by providing false information to agents of the Federal Bureau of Investigation for the purpose of obstructing an investigation into the kidnapping and murder for hire of S.S., in violation of Title 18, United States Code, Sections 1503 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **AVIN SEETARAM,** a/k/a "Smalls," **SOMJEET CHRISTOPHER SINGH,** a/k/a "Lil Chris," and **GAVIN HUNTER**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1201 or 1958, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code Sections 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

AVIN SEETARAM, a/k/a "Smalls," et al.
_____/

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __12__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)
   I   ☐ 0 to 5 days          ☐ Petty
   II  ☐ 6 to 10 days         ☐ Minor
   III ☒ 11 to 20 days        ☐ Misdemeanor
   IV  ☐ 21 to 60 days        ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-mj-04334-Reid
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of  Avin Seetaram (11/22/23) Somjeet Christopher Singh (11/27/23)
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) Yes
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
ABBIE D. WAXMAN
Assistant United States Attorney
FL Bar No.   109315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendants' Names: AVIN SEETARAM, a/k/a "Smalls"

Case No: _____

Count #1:
Murder for Hire Conspiracy
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:
Murder for Hire
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #3:
Kidnaping Conspiracy
Title 18, United States Code, Section 1201(c)

* **Max. Term of Imprisonment:** Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Counts #4:
Kidnapping
Title 18, United States Code, Section 1201(a)(1)

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:
Obstruction of Justice
Title 18, United States Code, Section 1503

* **Max. Term of Imprisonment:** 10 Years' Imprisonment
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Names:** SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"

**Case No:** _____

Count #1:
Murder for Hire Conspiracy
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:
Murder for Hire
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #3:
Kidnaping Conspiracy
Title 18, United States Code, Section 1201(c)

* **Max. Term of Imprisonment:** Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #4:
Kidnapping
Title 18, United States Code, Section 1201(a)(1)

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:
Obstruction of Justice
Title 18, United States Code, Section 1503

* **Max. Term of Imprisonment:** 10 Years' Imprisonment
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Names: GAVIN HUNTER**

**Case No:**

Count #1:
Murder for Hire Conspiracy
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:
Murder for Hire
Title 18, United States Code, Section 1958

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #3:
Kidnaping Conspiracy
Title 18, United States Code, Section 1201(c)

* **Max. Term of Imprisonment:** Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Counts #4:
Kidnapping
Title 18, United States Code, Section 1201(a)(1)

* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:
Obstruction of Justice
Title 18, United States Code, Section 1503

* **Max. Term of Imprisonment:** 10 Years' Imprisonment
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**