United States District Court
Southern District of Florida
Case No. 23-cr-20483-Altman

United States of America,
  Plaintiff,

V.

Avin Seetaram,
  Defendant.
_____/

FILED BY MC D.C.
APR - 8 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>Motion To Compel Defense Counsel</u>

Comes Now, the Defendant Avin Seetaram, hereby Pro Se, files to Motion To Compel Defense Counsel to produce a copy of the redacted copies of the discovery. Seetaram states as follows;

1. On 2/20/24, the Court entered a "Protective Order Governing Disclosure of Sensitive Information," DE-58

2. In said Order, the Court mandated: "[T]he defendant may review discovery materials without defense counsel present _only_ after defense counsel provides the defendant with properly redacted copies of requested document(s)." Id at 2 #7.

3. To date, Defense Counsel has not provided Seetaram with a copy of the redacted documents after several request.

4. Seetaram avers, Defense Counsel will not comply with this Court Order and will not provide Seetaram with a copy of his discovery.

5. Seetaram is requesting a hearing in open-Court where the Court can review the materials in-camera and approve if such document could be provided to Seetaram.

6. Seetaram is also in the process of filing a Florida Bar Complaint against Defense Counsel on this matter.

Certificate of Service

I hereby Certify that the foregoing is a true and correct copy that was mailed / hand delivered to the Clerk of Courts, 400 North Miami Avenue, Miami, FL 33128 on this 20th day of March 2024.

X _____
Avin Sreetaram

4

Avin Seetaram Reg # 88157-510
Federal Detention Center - Miami
P.O. Box 019120
Miami, FL 33128

MIAMI FL 330
21 MAR 2024 PM 6 L

Clerk of Courts
400 North Miami Avenue
Miami, FL 33188

33188-