UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA

v.

AVIN SEETARAM,
a/k/a "Smalls,"
SOMJEET CHRISTOPHER SINGH,
a/k/a "Lil Chris,"
GAVIN HUNTER,

        Defendants.

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

In accordance with Federal Rules of Criminal Procedure 7(f) and 32.2(a), the government files this bill of particulars and gives notice that, in addition to property identified in the Indictment, [ECF No. 17], the United States seeks the forfeiture of the following property under 18 U.S.C. § 982(a)(1)(C) or 21 U.S.C. § 853(p):

1. 2001 truck trailer (VIN# 1JJV532W21L670036);

2. 2005 truck trailer (VIN# 1DW1A53245B755606);

3. 1998 truck trailer (VIN# JJV532F3WF503108);

4. 2007 truck trailer (VIN# 1UYVS25327P199957);

5. 1999 truck trailer (VIN# UYVS2539XM037101);

6. 2012 truck trailer (VIN# 1GRAA0626CT570121); and

7. Approximately three to three-and-one-half trailers worth of 1.4G Consumer Fireworks and 1.3G Regulated Fireworks.

        Respectfully submitted,

        **MARKENZY LAPOINTE**
        **UNITED STATES ATTORNEY**

By:  *s/ Jorge R. Delgado*
        Jorge R. Delgado
        Assistant United States Attorney
        Florida Bar No. 084118
        U.S. Attorney's Office
        500 E. Broward Blvd., Suite 700
        Fort Lauderdale, FL 33394
        Telephone: (954) 660-5954
        E-mail: Jorge.Delgado2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, the foregoing document is being filed electronically with the Clerk of the Court using CM/ECF.

        */s/ Jorge R. Delgado*
        Jorge Roberto Delgado
        Assistant United States Attorney