# COURT MINUTES

Page 1

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor          Date: 7/22/2025    Time: 10:00 a.m.

Defendant: 1) **Avin Seetaram**          J#: 88157-510    Case #: 23-CR-20483-ALTMAN(s)

AUSA: Abbie Waxman          Attorney: Roy Khan (CJA)

Violation: Conspiracy to Commit Murder for Hire; Murder for Hire

Proceeding: Arraignment on Superseding Indictment          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond: _____

Bond Set at: Pretrial Detention          Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Brady Order given on 11/22/23.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

☑ Defense ore tenus request for entry of the Standing Discovery Order - Granted

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:     Time:     Judge:     Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:29:33 ; 10:30:53          Time in Court: 2 minutes