UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AVIN SEETARAM,

    Defendant.

_____/

## MOTION TO CONTINUE TRIAL DATE

COMES NOW, Defendant AVIN SEETARAM, by and through his undersigned counsel, and files this Motion for Continuance of the presently scheduled trial date. In support thereof, the defendant states as follows:

1. On December 13, 2023 defendant AVIN SEETARAM, SOMJEET CHRISTOPHER SINGH, and GAVIN HUNTER were charged by Indictment with the offenses of conspiracy to commit murder for hire (Count I), murder for hire (Count II), conspiracy to commit kidnapping (Count III), kidnapping (Count IV), and obstruction of justice (Count V).

2. This Honorable Court had scheduled this matter for trial during the two-week trial period beginning August 25, 2025. Additionally, the Court has ordered that

1

all pre-trial motions, including Motions in Limine, must be filed by the end of business on August 5, 2025.

3. On July 14, 2025 Magistrate Judge Lissette M. Reid granted the government's request to unseal a Superseding Indictment filed in this cause. The Superseding Indictment added two additional defendants (Davindra Ramanan and Michael Jarrett) and five additional criminal offenses as to Mr. SEETARAM. Defendant SEETARAM now stands accused of the additional offenses of stalking resulting in death (Count V), discharging a firearm in furtherance of a crime of violence (Count VI), conspiracy to use and carry a firearm during a crime of violence (Count IX), and causing the death of a person during a violation of 18 U.S.C. §924(c) (Count X). Counts five, six and ten carry a maximum term of imprisonment of life in jail.

4. On Tuesday, July 22, 2025 defendant SEETARAM appeared before the United States Magistrate for his arraignment on the Superseding Indictment.

5. The added defendants and additional charges will require additional time to prepare and investigate the new accusations and how they add to the overall nature of the original charges. Due to the serious nature of the additional charges, the twenty-five (25) days remaining until the upcoming scheduled trial date provides insufficient time to properly investigate and prepare this case for trial. Mr. SEETARAM needs a minimum of sixty (60) additional days in which to prepare for trial, not just to defend

the original serious charges, but now the additional counts contained in the Superseding Indictment.

6. Furthermore, the Court's present deadline for filing pre-trial motions, including Motions in Limine, of August 5, 2025 allows insufficient time to investigate, research and prepare motions related to the Superseding Indictment.

7. Undersigned counsel has consulted with counsel for the co-defendants. All counsel have advised undersigned counsel that they are in agreement and join in this motion.

8. Undersigned counsel has conferred with Assistant U.S. Attorney Abbie B. Waxman. Ms. Waxman has advised that she opposes any extension of the trial date.

WHEREFORE, based upon the foregoing facts and circumstances, the Defendant, AVIN SEETARAM, respectfully requests this Court enter an order granting his request for a continuance of the trial date.

Respectfully submitted,

ROY J. KAHN, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, FL 33146
Tel: (305) 358-7400
Fax: (305) 358-7222

*/s/ Roy J. Kahn*
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Roy J. Kahn*
ROY J. KAHN