UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AVIN SEETARAM,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR CONTINUANCE OF TRIAL DATE**

THIS CAUSE came before the Court on a Motion to Continue Trial Date. After careful consideration of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Motion for Continuance is **GRANTED**.

**DONE AND ORDERED** is chambers at Miami, Florida this _____ day of August 2025.

                                                        _____

                                                        **ROY K. ALTMAN**
                                                        **UNITED STATES DISTRICT JUDGE**

cc: all counsel of record