UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AVIN SEETARAM,

    Defendant.
_____/

## MOTION FOR APPOINTMENT OF SECOND COUNSEL

COMES NOW, Defendant AVIN SEETARAM, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order appointing a second attorney to represent the defendant in this matter. In support of this motion the defendant states as follows:

1. On December 13, 2023 defendant AVIN SEETARAM, together with two other individuals, was indicted for the offenses of conspiracy to commit murder for hire (Count I), murder for hire (Count II), conspiracy to commit kidnapping (Count III), kidnapping (Count IV), and obstruction of justice (Count V).

2. The government recently sought and obtained a Superseding Indictment adding two additional defendants and five additional criminal offenses against Mr. SEETARAM. Mr. Seetaram is now charged with the additional offenses of stalking

1

resulting in death, discharging a firearm in furtherance of a crime of violence, conspiracy to use and carry a firearm during a crime of violence, and causing the death of a person during a violation of 18 U.S.C. §924(c). Counts I through V, and Count X carry a maximum term of imprisonment of life in jail, (Counts I through IV **carry a minimum mandatory term of life in jail**).

3. The instant case involves numerous complex legal and factual issues, extensive discovery (seven hard drives totaling approximately 1,300 GB of information), complex forensics, and multiple participants in the conspiracy.

4. Due to the complexity and substantial volume of evidence and legal research required in this case, it is in the interest of justice for the court to appoint a second attorney. This will ensure that the defendant receives effective and comprehensive representation.

5. Other district courts have been faced with the exact issue. In *United States v. Coles*, 474 F.Supp.3d 661 (M.D. Pa 2020), a District Court in the Middle District of Pennsylvania found that where the government chose not to seek the death penalty, the defendant may request from the court that learned counsel continue with their respective appointments. "We find it appropriate to continue the appointment of learned counsel for all former death eligible defendants" when a case is designated unusual and complex. *Id* at 665-66. See also *U.S. v. Ledbetter*, 107 F.Supp.3d 849

(S.D. Ohio 2015); *United States v. Gerace*, 2025 WL 1374947 (Dist. Ct. WD N.Y. 2025).

6. Attorney Hector Flores was originally appointed at the commencement of this case as "learned counsel" and is extensively knowledgeable of the facts and the issues involved.

7. Under the Criminal Justice Act, 18 USC §3006A, this Honorable Court has the discretion to appoint more than one attorney in complex serious cases. The judges of the United States District Court for the Southern District of Florida have adopted, and the Eleventh Circuit Court of Appeals has approved, the *Guide to Judiciary Policy, Volume VII A*. The *Guide to Judiciary Policy, Volume VII A* focuses on defender services, specifically addressing the Criminal Justice Act and related statutes. According to Section VI (**Provision of Representational Services**), "more than one attorney may be appointed in any case determined by the court to be complex."

8. The government has represented that it expects to have three prosecutors participate in presenting the numerous facts associated with this case. At a minimum, in order to properly defend Mr. Seetaram during the trial, it is respectfully submitted that at least two qualified defense counsel are necessary to ensure justice and provide Mr. Seetaram with the best defense possible.

9.      Undersigned counsel has conferred with Assistant U.S. Attorney Abbey Waxman and she opposes this motion.

WHEREFORE, based upon the foregoing facts and circumstances, the Defendant, AVIN SEETARAM, respectfully requests this Court enter an order appointing Mr. Hector Flores as second chair in this case

Respectfully submitted,

ROY J. KAHN, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, FL 33146
Tel:  (305) 358-7400
Fax:  (305) 358-7222

*/s/ Roy J. Kahn*
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Roy J. Kahn*
ROY J. KAHN
