UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

AVIN SEETARAM
    Defendant.



FILED BY ＿＿＿ D.C.

AUG 1 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE No. 23-cr-20483

## MOTION TO DISMISSED APPOINT COUNSEL
## ROY KAHN- AND APPOINT COUNSEL

**COMES NOW**, Defendant in a prose capacity, asking this

Honorable Court to replace appointed Counsel Roy Kahn.

Petitioner has tried to establish a functional attorney

client relationship with appoint counsel Roy Kahn- to no avail.

The very reason that he was compelled to file for another

extension of time is representative of his lack of interest

and preparations. It's gotten out of hand, as even his private

investigator has been unprofessional and disrespectful to

members of my family. See Footnote 1, on following page.

Your Honor, it's been over one year that I asked Mr. Kahn to

file a supression motion and still today this motion is not

properly prepared. Last week during a legal visit I learned

that Mr. Kahn's motion to suppress (draft) lack facts and

evidence required.

At this point I would be remissed not to turn the page on

his representation.

THEREFORE I Respectfully ask that a different Counsel be

appointed.

RESPECTFULLY SUBMITED,
Defendant Avin Seetaram,
FDC Miami, PO Box 019120                    Date: 08/07/2025
Miami Florida 33101

## CERTIFICATE OF SERVICE

A true and correct copy of this filing was mailed to all parties of record on 8/07/2025

Defendant /s/ _____
                Avin Seetaram

## FOOTNOTE 1, Underlined on page one herein:

Moreover, Appointed Counsel Roy Kahn in a recent visit told me that he heard that a female inmate was raped in Special Housing Unit (SHU) and that he thought it was me that commited the rape of the female inmate. This was the highest level of disparagement to myself, my beliefs and religion. There is no way that I could return from his assault on my character. Therefore aside from proving feckless his prejudicial opinion of me makes his representation constutionally intolerable.

*Disclaimer, this motion was prepared with
the assistant of a fellow inmate.

MIAMI F

8 AUG 2025   P

Avin Seetaram
Reg# 88157-510
FDC miami
P.O.Box 019120
miami, FL, 33101

CLERK of courts

400 North miami Avenue,
miami, FL, 33128

Judge, Roy, ALTMAN

Date: 8/7/25

REC'D BY _____

AUG 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

U.S. Court house

Wilkie D. Ferguson Jr

Legal Mail

33128-71899