IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                    Case No.:  23-Cr-20483-RKA

AVIN SEETERAM,
        Defendant.
_____/

### ***NOTICE OF PERMANENT APPEARANCE***

COMES NOW, Gennaro Cariglio, Jr., Esq., and enters a permanent notice of appearance on behalf of the defendant, AVIN SEETERAM, for representation at the District Court level only.

Respectfully submitted:

Gennaro Cariglio Jr. P.L.
8101 Biscayne Blvd. Penthouse 701
Miami, Florida 33138
Phone: (305) 899-0438
Fax:    (305) 373-3832

By:

    s/Gennaro Cariglio Jr.
    Gennaro Cariglio Jr.
    Florida Bar Number 51985
    Sobeachlaw@aol.com