IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
              Plaintiff,

vs.                                                     Case No.:  23-Cr-20483-RKA

AVIN SEETARAM,
              Defendant.

_____ /

### *MOTION TO CONTINUE THE PRETRIAL MOTION DEADLINE AND TRIAL DATE*

COMES NOW, the defendant, AVIN SEETARAM, and respectfully requests a continuance of the pretrial motion date and trial date and as grounds in support thereof the defense would state the following:

1.      This matter is currently set for jury trial during the week of the trial period beginning September 28, 2025.  The motion deadline is today, August 22, 2025.

2.      Counsel was retained on August 20, 2025 and is in the process of obtaining the discovery from current counsel in this matter.

3.      Mr. Seetaram desires to file pretrial motions but undersigned counsel has not yet received the discovery and is not in a position to file any pretrial motions today.

4.      Counsel is aware this Court has advised Mr. Seetaram that the Court was not inclined to grant a continuance of the trial date if he were to hire new counsel.

5.     Nevertheless, the Sixth Amendment to the United States Constitution guarantees Mr. Seetaram the right to counsel of choice.  Undersigned counsel is Mr. Seetaram's counsel of choice.

6.     Mr. Seetaram is indicted in nine counts of the Superseding Indictment.  ECF 201. The potential penalty for four of those counts is mandatory life imprisonment.  *Id.* Since this case involves a death investigation, the discovery is voluminous and it is counsel's understanding that approximately 600 reports have been generated to date.

7.     Mr. Seetaram is in custody and there is no prejudice to the United States if a continuance was granted.

8.     Due to the voluminous nature of the discovery and so counsel can effectively represent Mr. Seetaram at trial, counsel is requesting this matter be continued and for the Court to schedule a status conference next week[1] to discuss new trial dates.

9.     AUSA Abbie Waxman was contacted and has the following position: "The Government objects to a continuance of the motion and trial deadlines as well as the trial date. During Mr. Seetaram's hearing last week he expressed a desire to bring on new counsel. Judge Altman made it clear that the case would not be continued. During that same hearing, the Court extended the motions deadline to afford Mr. Seetaram and his counsel more time to prepare any motions that defense counsel deemed appropriate."

---

[1]Undersigned counsel is unavailable on Monday, August 25, 2026 as he will be in Court in West Virginia.

WHEREFORE Mr. Seetaram  requests this motion be granted.

Respectfully submitted,

GENNARO CARIGLIO JR. P.L.
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com
Counsel for the Defendant

By:    /s/ Gennaro Cariglio Jr.
        Gennaro Cariglio Jr., Esq.
        Florida Bar No. 51985