IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                 Case No.: 23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

## *DEMAND FOR EXPERT WITNESS DISCLOSURE*

COMES NOW, the defendant, AVIN SEETARAM, pursuant to F.R.Cr.P. 16(a)(iii) and demands the Government produce to the defense an expert disclosure for each expert witness the government intends to call as a witness at trial that contains the following information:

1. A complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under F.R.Cr.P. 16(b)(1)(C);

2. The bases and reasons for opinions in paragraph 1.

3. The witness's qualifications, including a list of all publications authored in the previous 10 years.

4. A list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

Respectfully submitted:

Gennaro Cariglio Jr. P.L.
8101 Biscayne Blvd. Penthouse 701
Miami, Florida 33138
Phone: (305) 899-0438
Fax:    (305) 373-3832

By:

    s/Gennaro Cariglio Jr.
    Gennaro Cariglio Jr.
    Florida Bar Number 51985
    Sobeachlaw@aol.com
    Attorney for the Defendant