## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CR-20483-ALTMAN(s)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**AVIN SEETARAM,**

      **Defendant.**

_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant, AVIN SEETARAM, by and through his undersigned counsel, files this Motion to Withdraw as Counsel of Record and, in support thereof, undersigned counsel states as follows:

1.     On May 30, 2024 this Honorable Court appointed undersigned counsel to represent the defendant, AVIN SEETARAM under the Criminal Justice Act.

2.     On May 28, 2025 the defendant filed his motion asking the Court to appoint new counsel due to a growing conflict between the defendant and his attorney regarding trial strategy.

3.     On June 2, 2025 the Court held a hearing on the defendant's motion and, after an extensive discussion between the Court, the defendant, and defense counsel, the defendant withdrew his motion requesting new court-appointed counsel.

1

4.      On July 10, 2025 the government filed a Superseding Indictment, adding additional defendants and additional counts against Mr. Seetaram.

5.      Since then, there have arisen numerous disagreements between the defendant and undersigned counsel regarding how best to defend against the serious accusations contained in the Indictment.

6.      On August 12, 2025, the defendant filed his second motion to dismiss undersigned counsel and requested the Court appoint new counsel.

7.      On August 15, 2025, the Court held a hearing on the defendant's motion. At the start of the hearing, the defendant advised undersigned counsel and the Court that his family had hired and retained private counsel. The Court advised the defendant that no Notice of Appearance had been filed by newly retained counsel, therefore the Court denied the defendant's motion.

8.      On August 20, 2025 attorney Gennaro Cariglio, Jr. filed his Notice of Appearance on behalf of AVIN SEETARAM. Undersigned counsel has conferred with Mr. Cariglio regarding the decision of the defendant to have Mr. Cariglio take over his defense and for undersigned counsel to withdraw.

9.      Undersigned counsel has conferred with co-counsel, Hector Flores, and both Mr. Flores and undersigned counsel request this Court permit Mr. SEETARAM's CJA counsel to withdraw from any further representation in this cause.

10.     Undersigned counsel spoke with Assistant U.S. Attorney Abbey Waxman, and she has advised that she has no position on the instant motion.

Respectfully submitted,

ROY J. KAHN, P.A.
420 S. Dixie Highway, Suite 4B
Coral Gables, FL 33146
Tel:  (305) 358-7400
Fax:  (305) 358-7222

*/s/ Roy J. Kahn*
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Roy J. Kahn*
ROY J. KAHN