IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                       Case No.: 23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

### *AGREED MOTION TO MODIFY THE PROTECTIVE ORDER (ECF 58)*

COMES NOW, the defendant, AVIN SEETARAM, and respectfully requests this Honorable Court modify the protective order (ECF 58) and as grounds in support thereof the defense would state the following:

1. Mr. Seetaram has not had a copy of his discovery at FDC Miami since his arrest as the current protective order prohibits Mr. Seetaram from maintaining discovery materials at FDC Miami. ECF 58 ¶ 7. The discovery is voluminous and contains video and audio recordings and other electronic media in addition to paper discovery that needs to be reviewed by the client as soon as possible given the upcoming trial date of September 30, 2025.

2. Mr. Seetaram needs to review the discovery without defense counsel or his investigator present in order to properly prepare for trial and assist counsel in his defense.

3. The defense and the government have agreed to modify paragraph 7 of the current protective order to read as follows:

The defendant may review and retain discovery materials without defense counsel present only after defense counsel provides the defendant with the properly redacted copies produced by the government in discovery of requested document(s). The defendant shall not disseminate any information contained in the discovery outside of counsel and his investigator.

4.	AUSA Michael Gilfarb agrees to the modification.

WHEREFORE Mr. Seetaram requests this motion be granted.

Respectfully submitted,

GENNARO CARIGLIO JR. P.L.
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com
Counsel for the Defendant

By:	/s/ Gennaro Cariglio Jr.
	Gennaro Cariglio Jr., Esq.
	Florida Bar No. 51985