IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                              Case No.:  23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

## AMENDED PROTECTIVE ORDER GOVERNING DISCLOSURE OF SENSITIVE INFORMATION

Mr. Seeteram has filed an Unopposed Motion for a Protective Order ("Motion"). In the Motion, Mr. Seeteram asks the Court to amend the protective order (ECF 58) to allow him access to his discovery while he is in custody at FDC Miami to prepare for his upcoming trial. The government does not oppose. Having found good cause, the Court hereby ORDERS and ADJUDGES as follows:

The Motion is GRANTED as follows:

Paragraph (7) of the current protective order (ECF 58) is modified as follows:

The defendant may review and retain discovery materials without defense counsel present only after defense counsel provides the defendant with the properly redacted copies produced by the government in discovery of requested document(s). The defendant shall not disseminate any information contained in the discovery outside of counsel and his investigator.

All the other provisions of the protective order remain in full force and effect.

DONE AND ORDERED in the Southern District of Florida on September ____, 2025

                                                                                     _____
                                                                                      U.S. District Judge