UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-Cr-20341-ALTMAN

UNITED STATES OF AMERICA

vs.

AVIN SEETARAM,

        Defendants.

_____/

## GOVERNMENT'S DISCLOSURE OF EXPERTS

The United States of America files this *Disclosure of Experts,* and states:

The defendant filed a *Demand for Expert Disclosures* on August 26, 2025 [ECF No. 265]

The Government intends on calling the following witness at trial relating to scientific testimony:

### Dr. Heather Walsh-Haney

Dr. Walsh-Haney will testify as to examinations she conducted upon human remains and conclusions pertaining to those remains, all of which is summarized as set forth in her report provided in discovery dated May 9, 202 and Bates Stamped A.S._005184 – 005204.

Dr. Walsh-Haney's curriculum vitae is provided under separate cover. It contains a list of publications and presentations. A list of cases in compliance with the requirements hereunder is also provided under separate cover.

*Dr. Heather Walsh-Haney*

Dr. Omar W. Ansari

Dr. Ansari will testify as to examinations he conducted upon human remains and conclusions pertaining to those remains, all of which is summarized as set forth in his report provided in discovery dated May 9, 202 and Bates Stamped A.S._005205 – 005231.

Dr. Ansari's curriculum vitae is provided under separate cover. A list of cases in compliance with the requirements hereunder is also provided under separate cover.

_____
Dr. Omar W. Ansari

Respectfully submitted,

JASON A. REDING-QUINONES
UNITED STATES ATTORNEY

By:  /s/ Michael E. Gilfarb
Michael E. Gilfarb
Assistant United States Attorney
Fla. Bar. No. 957836
99 N.E. 4th Street
Miami, FL 33132-2111

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____ 2025, I served a copy upon all counsel of record using CM/ECF.

By:  s/Michael E. Gilfarb
Michael E. Gilfarb
Assistant United States Attorney