UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN(s)

UNITED STATES OF AMERICA

vs.

AVIN SEETARAM,
    a/k/a "Smalls,"
SOMJEET CHRISTOPHER SINGH,
    a/k/a "Lil Chris,"
GAVIN HUNTER,
DAVINDRA RAMANAN, and
MICHAEL JARRETT

       *Defendants.*
_____/

## GOVERNMENT'S EIGHTH RESPONSE TO THE STANDING DISCOVERY ORDER

      The Government files this eighth response to the Standing Discovery Order. On September 9, 2025, discovery items, Bates numbered SDO8_000001- SDO8_006570 were made available for copy and inspection. Defense counsels should provide a hard drive of at least 64 gigabytes to the undersigned Assistant United States Attorney who will produce the above referenced items. The provided discovery should be treated as confidential in accordance with the Court's Protective Order Regulating Disclosure of Discovery and Sensitive Information, DE 58. Please contact the undersigned Assistant United States Attorney if any items are missing.

                                              JASON A. REDING QUIÑONES
                                              UNITED STATES ATTORNEY

                       By:    <u>/s/ Abbie D. Waxman</u>
                               ABBIE D. WAXMAN
                               Assistant United States Attorney
                               Florida Bar No.: 109315
                               99 Northeast 4th Street
                               Miami, FL. 33132-2111
                               Tel: (305) 961-9240
                               Abbie.Waxman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 9th day of September 2025.

                                      */s/ Abbie D. Waxman*
                                      ABBIE D. WAXMAN
                                      Assistant United States Attorney