IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                      Case No.: 23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

## MOTION TO DETERMINE COMPETENCY

COMES NOW, the defendant, AVIN SEETARAM, and pursuant to 18 U.S.C. §4241(a) respectfully requests this Honorable Court order a competency evaluation to determine Mr. Seetaram's competency to proceed to trial and if necessary to schedule a competency hearing. As grounds in support thereof Mr. Seetaram would state the following:

1. Prior counsel retained a neuropsychologist to evaluate Mr. Seetaram. Counsel became aware of the doctor's opinion and reached out to her to discuss them.

2. Undersigned counsel spoke to the neuropsychologist last night for the first time and discussed Mr. Seetaram's evaluation[1] with her. The neuropsychologist opines that Mr. Seetaram has functional brain impairment and that he will have difficulty understanding complex legal charges, assisting in his defense, or comprehending information from legal counsel unless it is presented simply and concretely.

---

[1] This evaluation predates counsel's involvement in this case.

3.      As a result of this opinion counsel is concerned about Mr. Seetaram's competency to proceed to trial.  This case involves complex legal issues and expert testimony from a medical examiner, an anthropoligist, and a cellphone expert whose expert witness disclosure is forthcoming tonight.  Counsel has concerns whether it is possible to explain the complex legal and factual issues involved in this case to Mr. Seetaram  given his functional brain impairment.

4.      Even though counsel's review of this opinion gives him a good faith basis to request a competency evaluation, counsel asked the neuropsycholgist whether there is a good faith basis to request a competency evaluation for Mr. Seetaram to which the doctor said yes.  This motion follows.

5.      Title  18 U.S.C. §4241(a) provides:

Motion To Determine Competency of Defendant.—

At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

6.      AUSA Abbie Waxman was contacted and has the following position: "The Government is not able to opine on the defendant's competency. The Government has not yet seen any report associated with this request and depending on what is written in the report the Government may request this Court to hold the necessary competency

proceedings on the morning of trial." Given the government's position, counsel wanted to alert the Court in advance that the defense expert is leaving the country on a preplanned vacation this Friday and not returning to the office until October 1, 2025.

    WHEREFORE Mr. Seetaram requests this motion be granted.

    Respectfully submitted,

GENNARO CARIGLIO JR. P.L.
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com
Counsel for the Defendant

By: /s/ Gennaro Cariglio Jr.
      Gennaro Cariglio Jr., Esq.
      Florida Bar No. 51985