**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-CR-20483-ALTMAN**

UNITED STATES OF AMERICA,
        Plaintiff,
v.

MICHAEL JARRETT,
        Defendant.
_____/

**MOTION TO APPROVE MENTEE REPRESENTATION**

Undersigned counsel, pursuant to the Criminal Justice Act Plan, respectfully files this Motion to Approve Mentee Representation in Michael Jarrett's case.

1. The CJA Mentoring Subcommittee has accepted Nora Lewis, Esq. to participate in the Mentoring Program. The CJA Mentoring Program aims to "identify and help prepare viable candidates to qualify for consideration for [future] selection to the CJA Panel." Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, section VIII.C.

2. Ms. Lewis has completed the CJA Mentoring Program Orientation, and as part of the program, she is eligible to serve as second-chair counsel in a federal criminal case, provided both the Court and the client approve her participation.

3. Mr. Jarrett has met with undersigned counsel and Ms. Lewis, and has provided written consent for Ms. Lewis to work on his case. He requests

the Court's permission to approve her representation of him, in addition to undersigned counsel.

4. If approved, Ms. Lewis may, under the supervision of undersigned counsel, appear in court, participate in hearings and trial, meet with Mr. Jarrett, conduct legal research, assist with pleadings, and perform other tasks necessary to the case.

5. Undersigned counsel will not be compensated for time spent training Ms. Lewis.

6. Because Ms. Lewis will be providing legal services and will work as associate counsel, undersigned counsel requests that she be compensated as an "associate counsel at the rate of one-half the ordinary CJA hourly rate for work performed solely by the Mentee," pursuant to the CJA Plan, § VIII.C.5.a.

**WHEREFORE,** undersigned counsel respectfully requests that the Court grant this Motion to Approve Mentee Representation and authorize compensation as permitted by the CJA Plan.

| | |
|---|---|
| **Dated: September 11, 2025** | Respectfully submitted,<br>**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**<br>Two South Biscayne Blvd.,<br>Suite 1600, Miami, FL 33131<br>Telephone: (305) 614-1400<br><br>*/s/ Juan J. Michelen*<br>Florida Bar No. 92901<br>jmichelen@sknlaw.com |

## CERTIFICATE OF SERVICE

I certify that on September 11, 2025, I filed the foregoing document via CM/ECF, which will serve all counsel of record through the Court's electronic notification system or by other authorized means for those not receiving electronic notices.

*s/ Juan J. Michelen*