UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,
    Plaintiff,
v.

MICHAEL JARRETT,
    Defendant.
_____/

**ORDER APPROVING MENTEE REPRESENTATION**

Upon consideration of Defendant Michael Jarrett's Motion to Approve Mentee Representation, and pursuant to the Criminal Justice Act Plan, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Nora Lewis, Esq., is authorized to participate in this case as mentee counsel under the supervision of Juan J. Michelen, Esq.

Ms. Lewis may, under counsel's supervision, appear in court, participate in proceedings, meet with the Defendant, assist with research, and help prepare filings and other case-related tasks.

Ms. Lewis shall be compensated in accordance with CJA Plan, § VIII.C.5.a.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2025.

                                                    _____
cc: All counsel of record                       Roy K. Altman
                                                              United States District Judge