UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20483-RKA

**UNITED STATES OF AMERICA,**

*v.*

**AVIN SEETARAM,**

*Defendant.*
_____/

**ORDER FOR COMPETENCY EXAMINATION**

The Defendant, Avin Seetaram, has filed a Motion for Competency Evaluation Pursuant to 18 U.S.C. § 4241 ("the Motion") [ECF No. 280]. After careful review, the Motion is **GRANTED**, and we **ORDER and ADJUDGE** as follows:

A. Pursuant to 18 U.S.C. § 4241(a), we'll hold a status hearing on **October 20, 2025**, at **2:00 p.m.**, at the Wilkie D. Ferguson, Jr., Federal Courthouse, 400 N. Miami Avenue, Courtroom 12-4, Miami, Florida, to determine the Defendant's mental competency;

B. Pursuant to 18 U.S.C. §§ 4241(b), 4247(b), and 4247(c), a licensed Miami community doctor or certified psychiatrist or psychologist at the Federal Detention Center ("FDC") shall conduct an expedited psychiatric examination of the Defendant, prepare a report of his or her examination, provide the report to the Honorable Roy K. Altman, United States District Judge (via email to altman@flsd.uscourts.gov), and send copies of the report to the attorneys for the Defendant and the Government. Pursuant to 18 U.S.C. § 4247(c), the examiner's report shall include:

   (1) the Defendant's history and present symptoms;

   (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

        (3)    the examiner's findings; and

        (4)    the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he's unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

- **C.** The examiner's report shall be completed and sent to the Court, the attorney for the Defendant, and the attorney for the Government by **October 17, 2025**. If the report is not completed by that date, a representative from the Bureau of Prisons shall submit a letter to the Court providing an update on the examination and a reasonable estimate as to when the report will be completed;

- **D.** Pursuant to 18 U.S.C. § 3161(h)(1)(A), the delay resulting from any proceedings or examinations to determine the Defendant's competency shall be excluded from the time within which the trial of any offense in this case must commence.

**WE FURTHER ORDER** that all proceedings in the above-captioned case are hereby **CONTINUED** until this Court determines whether the Defendant is competent to proceed. This case remains set for a **Criminal Jury Trial** during the two-week period beginning **Monday, December 1, 2025**, at 400 N. Miami Avenue, Courtroom 12-4, Miami, Florida, 33128. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, November 25, 2025**, at the same location. The deadline for the scheduling of guilty pleas is **November 25, 2025**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). The Defendant's appearance is required **at all hearings**.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 17, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record