UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20483-RKA

UNITED STATES OF AMERICA,

v.

AVIN SEETARAM,

        **Defendant.**

_____/

**MOTION TO COMPEL
INFORMATION FOR COMPETENCY HEARING**

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and hereby files this <u>Motion to Compel Information for Competency Hearing</u>, and states as follows:

1. Defendant has raised the issue of his competency to stand trial, citing a draft report of the findings of a mental health professional. A hearing on the motion is scheduled for October 20, 2025.

2. A doctor at the Federal Detention Center is prepared to expedite his examination of Defendant and is scheduled to see him this Thursday, September 25, 2025.

3. The Government requested from Defendant all underlying data used to prepare the draft report, including testing data, interviews, or any other information relied upon by the doctor. Even though this testing was done apparently over a year ago, Defendant advised he will provide the data but has not done so yet.

4. Furthermore, at the hearing on September 11, 2025, related to this issue, the Court noted *ex parte* conferences with the defendant, personally, that bear directly on issues of competency, and, apparently, at least preliminarily, are in direct contradiction of the mental health professional's draft findings.

5. The Government requested from Defendant permission to order the transcripts of Defendant's exchanges with the Court. Defendant objected. The Government modified the request to have those transcripts sent directly, and only to, the Government's expert, and the Defendant, again, objected.

WHEREFORE, the Government moves for the entry of an Order compelling

a. the production of all underlying data, interviews, or any other information relied upon by the defense expert in preparation of her draft report at the earliest possible date, and

b. the transcription and production of certain ex parte proceedings between the Court and the defendant.

Respectfully submitted,

JASON A. REDING-QUINONES
UNITED STATES ATTORNEY

By:   s/ *Michael E. Gilfarb*
MICHAEL E. GILFARB
Assistant United States Attorney
Florida Bar No. 957836
99 NE 4th Street
Miami, FL
Michael.gilfarb@usdoj.gov

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that, on September 22, 2025, I electronically filed the foregoing document onto the Court's CM/ECF system.

s/ *Michael E Gilfarb*
Assistant U.S. Attorney

2