UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-cr-20483-ALTMAN(s)</u>

UNITED STATES OF AMERICA

vs.

AVIN SEETARAM,

       **Defendant.**
_____/

## GOVERNMENT'S AGREED MOTION TO FILE EXHIBITS UNDER SEAL

The United States of America files this *Agreed Motion to File Exhibits Under Seal*, and states:

The Government's response to Defendant's Motion to Suppress (motion) references various transcripts of statements Defendant made to law enforcement. The Government moves this Court for authority to file those exhibits under seal. The Government also seeks to file a photographic exhibit of the victim's remains, which photograph Defendant referenced in his motion.

The Government conferred with counsel for Defendant, and he has no objection.

        Respectfully submitted,

        JASON A. REDING- QUIÑONES
        UNITED STATES ATTORNEY

By:  */s/ Michael E. Gilfarb*
      Michael E. Gilfarb
      Assistant United States Attorney
      Fla. Bar. No. 957836
      99 N.E. 4th Street
      Miami, FL 33132-2111

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2025, I served a copy upon all counsel of record using CM/ECF.

            By:   *s/Michael E. Gilfarb*
                   Michael E. Gilfarb
                   Assistant United States Attorney