UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AVIN SEETARAM,

    Defendant.

**PARTIALLY UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE A REPLY**

    The Defendant, AVIN SEETARAM, through his undersigned counsel, respectfully requests that this Honorable Court grant the defense a two-week extension to file a reply to the Government's Response in opposition to the Defendant's Motion to Suppress Pre-Arrest/Custodial Statements, Debriefing/Proffer Statements, and Grand Jury Testimony. In support, the Defendant states as follows:

    1.    Mr. Seetaram filed a Motion to Suppress Pre-Arrest/Custodial Statements, Debriefing/Proffer Statements, and Grand Jury Testimony on September 15, 2025. (DE 288).

    2.    The Government filed a Response in opposition to the Defendant's Motion to Suppress Pre-Arrest/Custodial Statements, Debriefing/Proffer Statements, and Grand Jury Testimony on September 30, 2025. (DE 316).

    3.    The Defendant's reply is due on October 7, 2025.

    4.    Undersigned counsel just filed an initial brief in *Anna J. Chernyy v. Alan Moore*, Case No. 25-1574, in the 8th U.S. Circuit Court of Appeals on October 6, 2025.

1

Tomorrow, counsel is flying to Lexington, Kentucky for a contested sentencing in the Eastern District of Kentucky in *United States v. Michael Basalyga*, Case No. 23-CR-00059-REW-HAI. Counsel then has a reply brief due in the 10th U.S. Circuit Court of Appeals in SEC v. Jean Paul Ramirez Rico, Case No. 24-4112 on October 15, 2025.

5. Due to the undersigned counsel's workload, he is respectfully requesting additional time to file a reply.

6. Assistant United States Attorney Abbie D. Waxman advised that she only agrees to a one-week extension.

**WHEREFORE**, the Defendant, AVIN SEETARAM, through his undersigned counsel, respectfully requests that this Honorable Court grant the defense a two-week extension to file a reply to the Government's Response in opposition to the Defendant's Motion to Suppress Pre-Arrest/Custodial Statements, Debriefing/Proffer Statements, and Grand Jury Testimony.

Respectfully submitted,

/s/ Gennaro Cariglio Jr., Esq.
Gennaro Cariglio Jr., P.L.
8101 Biscayne Boulevard, PH 701
Miami, FL 33138
305-899-0438
Fax: 305-373-3832
Email: sobeachlaw@aol.com
Attorney for Defendant