UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20483-ALTMAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| AVIN SEETARAM, | : |
| Defendant. | : |

**ORDER GRANTING PARTIALLY UNOPPOSED**
**MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY**

THIS CAUSE came before the Court by virtue of Defendant's Partially Unopposed Motion for Enlargement of Time to File a Reply. After careful consideration of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. The Defendant's Reply shall be filed by or on _____ _____, 2025.

DONE AND ORDERED in Miami, FL this _____ day of _____ , 2025.

_____
HONORABLE JUDGE ROY ALTMAN
UNITED STATES DISTIRCT COURT JUDGE

cc: all counsel of record