IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                          Case No.: 23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

## MOTION TO CONTINUE THE COMPETENCY HEARING AND SET A STATUS CONFERENCE

COMES NOW, the defendant, AVIN SEETARAM, and respectfully requests a continuance of the competency hearing date and as grounds in support thereof the defense would state the following:

1. This matter is currently set for a competency hearing on October 20, 2025.

2. Prior to undersigned counsel entering an appearance prior counsel worked with Dr. Michelle Quiroga to do some mental health testing on Mr. Seetaram.

3. Counsel filed a Motion to Determine Competency (ECF 280) based on this evaluation. See ECF 280 ¶2.

4. Counsel chose to continue to use Dr. Quiroga due to her familiarity with the case and because a change could cause further delay.

5. Counsel was anticipating Dr. Quiroga providing a final report and the underlying testing of Mr. Seetaram and turning it over to the government upon the return for her vacation on October 2, 2025.

6. However, despite counsel's repeated requests due to Dr. Quiroga's prior commitments and work schedule she is unable to comply with that request or even meet with counsel until October 28, 2025.

7. Since the government wanted to expedite the competency evaluation they hired their own doctor, Dr. Buigas, to evaluate Mr. Seetaram since there would have been a delay with FDC Miami conducting the competency evaluation.

8. Dr. Quiroga provided Dr. Buigas with the raw data from her testing of Mr. Seetaram yesterday.  Counsel had been trying to obtain it for weeks.

9. The current competency hearing is set for October 20, 2025.  Once counsel obtains Dr. Buigas' report he needs to consult with Dr. Quiroga to prepare for the hearing and to determine if Dr. Quiroga needs to do updated testing on Mr. Seetaram due to the age of her last test.

10. Counsel cannot effectively contest any of Dr. Buigas' assertions (assuming he disagrees with Dr. Quiroga) without consulting with Dr. Quiroga.  Since that cannot happen despite counsel's best efforts a continuance of the competency hearing is necessary to protect Mr. Seetaram's due process rights.

11. AUSA Abbie Waxman objects to a continuance and will be filing a response. The government notes that Dr. Buigas requested the raw data, was told by Dr. Quiroga's office that she would not do so until October 28, then Ms. Waxman contacted Dr. Quiroga's office last Friday and she turned it over to Dr. Buigas yesterday.

12.     As such, counsel is requesting the competency hearing set for October 20, 2025 be cancelled and a status conference be set after October 28, 2025 so counsel has an opportunity to consult with Dr. Quiroga.

    WHEREFORE Mr. Seetaram requests this motion be granted.

    Respectfully submitted,

GENNARO CARIGLIO JR. P.L.
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com
Counsel for the Defendant

By:  /s/ Gennaro Cariglio Jr.
    Gennaro Cariglio Jr., Esq.
    Florida Bar No. 51985