UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20483-ALTMAN(s)

**UNITED STATES OF AMERICA**

vs.

**AVIN SEETARAM,**
    a/k/a "Smalls,"
**SOMJEET CHRISTOPHER SINGH,**
    a/k/a "Lil Chris,"
**GAVIN HUNTER,**
**DAVINDRA RAMANAN, and**
**MICHAEL JARRETT**

       *Defendants.*
_____/

**GOVERNMENT'S NINTH RESPONSE TO THE STANDING DISCOVERY ORDER**

The Government files this ninth response to the Standing Discovery Order. On October 23, 2025, discovery item, Bates numbered SDO9_000001- SDO9_000002 was produced to defense counsel via USAfx on October 25, 2025. The provided discovery should be treated as confidential in accordance with the Court's Protective Order Regulating Disclosure of Discovery and Sensitive Information, DE 58. Please contact the undersigned Assistant United States Attorney if any items are missing.

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

              By:    <u>/s/ Abbie D. Waxman</u>
                     ABBIE D. WAXMAN
                     Assistant United States Attorney
                     Florida Bar No.: 109315
                     99 Northeast 4th Street
                     Miami, FL. 33132-2111
                     Tel: (305) 961-9240
                     Abbie.Waxman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 23rd day of October 2025.

*/s/ Abbie D. Waxman*
ABBIE D. WAXMAN
Assistant United States Attorney