IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                Case No.:  23-Cr-20483-RKA

AVIN SEETARAM,
        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE THE COMPETENCY HEARING AND MOTION TO SUPPRESS HEARING

COMES NOW, the defendant, AVIN SEETARAM, and respectfully requests a continuance of the competency hearing and motion to suppress hearing date and as grounds in support thereof the defense would state the following:

1. This matter is currently set for a competency hearing and a hearing on Mr. Seetaram's Omnibus Motion to Suppress on October 31, 2025.

2. On September 17, 2025, the Court selected a Doctor at the Federal Detention Center to conduct the Competency Evaluation:

> Pursuant to 18 U.S.C. §§ 4241(b), 4247(b), and 4247(c), a licensed Miami community doctor or certified psychiatrist or psychologist at the Federal Detention Center ("FDC") shall conduct an expedited psychiatric examination of the Defendant…
> DE-302

3. FDC Miami could not complete an expedited psychiatric examination. Thereafter, and pursuant to the Court's Order, the government without input from the defense hired a licensed Miami community doctor, Dr. Rodolfo Buigas, to examine Mr.

Seetaram and opine on his competency. Dr. Buigas has now opined that Mr. Seetaram is competent to stand trial and is competent to waive *Miranda*.

3. Without an opinion from a defense expert stating that Mr. Seetaram is competent, the defense is not currently able to stipulate to the government's expert's opinion that Mr. Seetaram is competent especially since this expert opinion is not an independent expert selected by the Court, and was an expert paid for by the government.

4. Unfortunately, Dr. Michelle Quiroga, told counsel that she is unwilling to do further evaluations on Mr. Seetaram given the current time requirements of her practice and is also unavailable for the rest of the year to appear in court if necessary. While Dr. Michelle Quiroga did do substantial mental health testing, she did not offer a formal opinion on competency even though she offered opinions that are cited in the Defendant's Motion for a Competency Evaluation. Her role at the time was to do mental health testing for mitigation purposes in a successful effort to convince the government not to seek the death penalty. As such, she would need to do a formal competency evaluation, especially since her testing was completed in 2024. Additionally, after consulting with Dr. Quiroga on October 22, 2025, the first available appointment after she returned from vacation, Dr. Michelle Quiroga opined that Mr. Seetaram needs a standalone competency evaluation given her past mental health testing and would need a further evaluation if she were to opine on competency in general and competency to waive *Miranda*.

5.      Counsel still has not produced Dr. Quiroga's final report, even though it was represented that it would be produced by October 2, 2025, once Dr. Quiroga returned from her vacation. Dr. Quiroga stated she will produce the report no later than October 31, 2025, and counsel will provide it to the government at that time.

6.      Counsel has located a new expert who can conduct a competency evaluation and be available for future court dates and will be submitting an ex-parte motion to the court to appoint a new doctor on October 27, 2025.  If appointed, the doctor has represented to counsel that he can visit Mr. Seetaram at FDC Miami on October 30, 2025, for the necessary testing and evaluation and be ready to appear in Court by November 11, 2025.

7.      Since Mr. Seetaram's Omnibus Motion to Suppress also relies in part upon Mr. Seetaram's cognitive issues, Mr. Seetaram needs the defense mental health expert to assist with that issue.

8.      AUSA Abbie Waxman and Michael Gilfarb do not object to a defense continuance of these hearings provided that they not get continued beyond November 11, 2025 since this matter is set for trial on December 1, 2025.

    WHEREFORE Mr. Seetaram requests this motion be granted.

                                        Respectfully submitted,

                                        GENNARO CARIGLIO JR. P.L.
                                        8101 Biscayne Blvd
                                        Penthouse 701
                                        Miami, FL 33138
                                        Telephone: (305) 899-0438
                                        Facsimile: (305) 373-3832
                                        E-mail: sobeachlaw@aol.com
                                        Counsel for the Defendant

By: <u>/s/ Gennaro Cariglio Jr.</u>
Gennaro Cariglio Jr., Esq.
Florida Bar No. 51985
